IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JACK NELSON | ) | CASE NO:   8:04CV377 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| FRATERNAL ORDER OF POLICE, | ) | |
| LODGE NO. 8, INC., and FRATERNAL | ) | |
| ORDER OF POLICE, STATE LODGE, INC., | ) | |
| | ) | |
| Defendants. | | |

THIS MATTER coming before the Court on the Plaintiff's Motion For Enlargement of Time (Filing No. 38) requesting an extension in which to file his response to Defendant's Motion for Summary Judgment from July 7, 2005 to July 27, 2005.  Just cause for the Motion being demonstrated and there being no objection hereto by the Defendants, the Court finds that Plaintiff's Motion For Enlargement of Time should be granted.

IT IS THEREFORE ORDERED that the time in which to file his response to Defendant's Motion for Summary Judgment be extended to **July 27, 2005.**

Dated this 1st day of July, 2005.

BY THE COURT:

s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
U.S. DISTRICT JUDGE