IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JACK J. NELSON,<br><br>        Plaintiff,<br><br>vs.<br><br>FRATERNAL ORDER OF POLICE LODGE NO. 8, INC., and FRATERNAL ORDER OF POLICE STATE LODGE, INC.,<br><br>        Defendants. | 8:04CV377<br><br>ORDER |

Before the court is defendants' "Motion to Amend Answer and Motion to File Summary Judgment Out of Time" (filing no. 51). The court will consider the filing as a suggestion of bankruptcy.

THEREFORE, IT IS ORDERED:

1. Pursuant to NEGenR 1.5(a)(1), this case is referred to the United States Bankruptcy Court for the District of Nebraska;

2. This case shall be terminated for statistical purposes by the Clerk of the Court for the District of Nebraska; and

3. The Clerk of the Court for the District of Nebraska shall deliver the court file to the Clerk of the Bankruptcy Court for the District of Nebraska.

DATED this 6th day of October, 2005.

BY THE COURT:


s/Joseph F. Bataillon
JOSEPH F. BATAILLON
Untied States District Judge