IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| IN THE MATTER OF: ) | |
| ) | |
| JACK J. NELSON, ) | |
| ) | CASE NO. BK03-83359 |
| Debtor(s). ) | |
| JACK J. NELSON, ) | A05-8073 |
| ) | |
| Plaintiff, ) | 8:04CV377 |
| ) | |
| vs. ) | CH. 13 |
| ) | |
| FRATERNAL ORDER OF POLICE LODGE ) | |
| NO. 8, INC., & FRATERNAL ORDER ) | |
| OF POLICE STATE LODGE, INC., ) | |
| ) | |
| Defendants. ) | |

## REPORT AND RECOMMENDATION

Pursuant to the order entered today on the request by the defendant that the district court litigation be terminated because of the plaintiff/debtor's failure to list this claim in the originally filed or the amended schedules, and the adverse finding with respect to the defendant's request,

IT IS RESPECTFULLY RECOMMENDED that the United States District Court withdraw the reference of this adversary proceeding and proceed with the litigation in that court.

The Clerk of the Bankruptcy Court shall process this recommendation pursuant to the local court rules.

DATED this 3rd day of January, 2006.

RESPECTFULLY SUBMITTED,

Timothy J. Mahoney
Chief Judge

Notice given by the Court to:
Amy Jorgensen
Thomas M. White
John E. Corrigan