IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JACK J. NELSON, | ) |
| Plaintiff, | ) 8:04CV377 |
| v. | ) |
| FRATERNAL ORDER OF POLICE LODGE NO. 8, and FRATERNAL ORDER OF POLICE, STATE LODGE, | ) ORDER |
| Defendants. | ) |

This matter is before the court on the Report and Recommendation of U.S. Bankruptcy Court Judge Timothy J. Mahoney, Filing No. 54. There are no objections to the Report and Recommendation pursuant to NEGenR 1.5(b)(2).

The court finds that pursuant to 28 U.S.C. § 157(d) and NEGenR 1.5(b)(2) and for good cause shown that the Report and Recommendation should be adopted in its entirety.

IT IS ORDERED:

1. The Report and Recommendation of U.S. Bankruptcy Court Judge Timothy J. Mahoney, Filing No. 54, is adopted in its entirety;
2. The referral of this case to the Bankruptcy Court for the District of Nebraska is withdrawn; and
3. This case is referred to Magistrate Judge Thomas D. Thalken for further progression of the matter.

DATED this 25th day of January, 2006.

BY THE COURT:

s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge