IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JACK J. NELSON, | ) | |
| | ) | |
| Plaintiff, | ) | 8:04CV377 |
| | ) | |
| v. | ) | |
| | ) | |
| FRATERNAL ORDER OF POLICE | ) | ORDER |
| LODGE NO. 8, and FRATERNAL | ) | |
| ORDER OF POLICE, STATE LODGE, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

This matter is before the court on its own motion. This court adopted the recommendation of the Bankruptcy Court on January 25, 2006. Filing No. 56. The court notes that there were pending motions at the time this case was referred to bankruptcy. As a result of the referral to bankruptcy, the Clerk of Court termed all pending motions. Now that the case is again before this court, the parties must refile any motions that it wishes this court to consider.

THEREFORE, IT IS ORDERED THAT the parties are hereby given 30 days from the date of this order to refile any motions pending at the time the court referred this case to bankruptcy.

DATED this 27th day of January, 2006.

BY THE COURT:


s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge