## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JACK J. NELSON, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>FRATERNAL ORDER OF POLICE, )<br>   LODGE NO. 8, and )<br>FRATERNAL ORDER OF POLICE, )<br>   STATE LODGE, INC., )<br>)<br>Defendants. ) | 8:04CV377<br><br><br>ORDER |

This matter is before the court following the withdrawal of this case from the Bankruptcy Court for the District of Nebraska and the return of this case to the docket (Filing No. 56). The court held a telephone planning conference with counsel on January 27, 2006. Participating for the plaintiff was Thomas M. White. Participating for the defendants was John E. Corrigan. The parties agreed that all discovery had been completed and the matter should be set for trial.

**IT IS ORDERED:**

1.  **Trial** of this matter is set to commence **at 8:30 a.m. on September 18, 2006,** in Omaha, Nebraska, before the Honorable Joseph F. Bataillon and a jury.

2.  **The Final Pretrial Conference** with the undersigned magistrate judge is set for **August 28, 2006** at **11:00 a.m.** in chambers, Suite 2271, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska. The final pretrial conference shall be attended by lead counsel for represented parties. Counsel shall complete prior to the pretrial conference, all items as directed in NECivR 16.2. By the time of the pretrial conference, full preparation for trial shall have been made so that trial may begin at any time during the session indicated above.

3.  **Pretrial Disclosures**: Pursuant to Fed. R. Civ. P. 26(a)(3), each party shall provide to all other parties the following information regarding the evidence that it may

present at trial other than solely for impeachment purposes as soon as practicable **but not later than the date specified**:

    **A.** **Nonexpert Witnesses - August 7, 2006:** The name, address and telephone number of each witness, separately identifying those whom the party expects to present and those whom the party may call if the need arises.

    **B.** **Deposition Testimony and Discovery - August 7, 2006:** 1) The portions of each deposition, designated by page and line, that it intends to offer and 2) each discovery response of another party it intends to offer.

    **C.** **Trial Exhibits - August 7, 2006:** A list of all exhibits it expects to offer by providing a numbered listing and permitting examination of such exhibits designating on the list those exhibits it may offer only if the need arises.

    **D.** **Waiver of Objections**: Any objections to the use of witnesses, deposition designations, discovery responses, or exhibits shall be listed in the pretrial order. Failure to list objections (except those under Fed. R. Evid. 402 and 403) shall be deemed waived, unless excused by the court for good cause shown.

    4. **Motions in Limine.** Any motion *in limine* shall be filed **on or before August 18, 2006.**

DATED this 30th day of January, 2006.

    BY THE COURT:

    s/Thomas D. Thalken
    United States Magistrate Judge