### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **JACK J. NELSON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | 8:04CV377 |
| v. | ) | |
| | ) | ORDER |
| **FRATERNAL ORDER OF POLICE** | ) | |
| **LODGE NO. 8, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

Upon notice of settlement given to Chief Judge Battalion's chambers on March 22, 2006 by counsel for the defendants,

**IT IS ORDERED that:**

1. The parties shall file a joint stipulation for dismissal (or other dispositive stipulation) with the clerk of the court which will fully dispose of the case **on or before April 7, 2006**. If the case is being dismissed, the stipulation shall comply with Fed. R. Civ. P. 41(a)(1)(ii) and shall state whether the dismissal is with or without prejudice.

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice in accordance with NECivR 68.1.

3. The pretrial conference and trial previously scheduled are cancelled upon the representation that this case is settled.

4. The Clerk of Court shall term all pending motions upon the representation that this case is settled.

DATED this 22nd day of March, 2006.

BY THE COURT:

s/Thomas D. Thalken  
United States Magistrate Judge