**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| JACK J. NELSON, | ) | CASE NO. 8:04-CV-377 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| FRATERNAL ORDER OF POLICE | ) | |
| LODGE NO. 8., INC., and FRATERNAL | ) | |
| ORDER OF POLICE STATE LODGE, INC., | ) | |
| | ) | |
| Defendants. | ) | |

THIS MATTER came before the Court upon the Joint Motion of the Parties to dismiss this action with prejudice with each party to pay its own costs. The Court being fully advised in the premises finds that such motion should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this matter is hereby dismissed with prejudice, each party to pay its own costs.

DATED this 11th day of May, 2006.

BY THE COURT:

s/Joseph F. Bataillon
Honorable Joseph Bataillon
United States District Court Judge

Prepared and submitted by:

John E. Corrigan, #21242
DOWN HOWARD & CORRIGAN, L.L.C.
1411 Harney Street, Suite 100
Omaha, Nebraska 68102
(402) 341-1020
ATTORNEY FOR DEFENDANTS